# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

RICKY G. SMITH,

    Plaintiff,

VS.                                         No. 05-1170-T/An

WILLIAM H. LATIMER, ET AL.,

    Defendants.

## ORDER CLOSING CASE

Plaintiff Ricky G. Smith, a resident of Tennessee, filed a *pro se* complaint on June 23, 2005 and paid the civil filing fee. Because the complaint did not allege any basis for federal jurisdiction, as required by Fed. R. Civ. P. 8(a)(1), the Court issued an order on August 22, 2005 directing the plaintiff to show cause, within thirty days, why the case should not be dismissed for lack of subject-matter jurisdiction. In response, the plaintiff filed a document on September 8, 2005 asking that the complaint be dismissed because he longer owns the property at issue. No order of the Court is required in order to effect a dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i). Accordingly, the Clerk is ORDERED to close this case, which has been terminated by the plaintiff.

IT IS SO ORDERED this 27th day of October, 2005.

                                    JAMES D. TODD
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/28/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01170 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

James M. Glasgow
ELAM GLASGOW & CHISM
P.O. Box 250
127 S. First Street
Union City, TN 38261

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Ricky G. Smith
1802 Shatz Road
Union City, TN 38261

Honorable James Todd
US DISTRICT COURT